**UNITED STATES of America ex rel. JUNG LEE HOY, Father and Next Friend of Jung Beung Yuk, Relator-Appellant, v. Rudolph REIMER, Commissioner of Immigration, Respondent-Appellee.**

No. 344.

Circuit Court of Appeals, Second Circuit.

May 1, 1939.

M. Michael Edelstein, of New York City, for relator-appellant.

John T. Cahill, U. S. Atty., of New York City (William L. Lynch, Asst. U. S. Atty., of New York City, of counsel), for respondent-appellee.

Before L. HAND, AUGUSTUS N. HAND, and PATTERSON, Circuit Judges.

PER CURIAM.
Order affirmed on opinion below.

**UNITED STATES FIDELITY AND GUARANTY COMPANY, a Corporation, v. The BAXTER STATE BANK OF BAXTER SPRINGS, KANSAS, a Corporation.**

No. 1800.

Circuit Court of Appeals, Tenth Circuit.

April 6, 1939.

T. F. Railsback, of Kansas City, Kan., for appellant.

E. B. Morgan, of Galena, Kan., Boss & Boss, of Columbus, Kan., and Grant Waggoner, of Baxter Springs, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed at appellee's costs, pursuant to stipulation.

**Solomon C. WAXMAN, v. UNITED STATES of America.**

No. 8297.

Circuit Court of Appeals, Sixth Circuit.

May 5, 1939.

W. S. Heidenberg and Arnold C. Waxman, both of Louisville, Ky., for appellant.

Eli H. Brown, U. S. Atty., of Louisville, Ky.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.
It is ordered that the appeal in this case be and the same is docketed and dismissed pursuant to motion of appellant.